IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BARRON LEE IMPSON, )
)
      Plaintiff, )
)
v. ) Case No. CIV-16-871-M
)
GREG MASHBURN, et al., )
)
      Defendants. )

## ORDER

On August 11, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this matter be dismissed with prejudice pursuant to the *Younger* doctrine. Further, the Magistrate Judge recommended that plaintiff's Application for Leave to Proceed *In Forma Pauperis* be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by October 5, 2016.[1] A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on August 11, 2016;

(2)     DISMISSES this action with prejudice pursuant to the *Younger* doctrine; and

(3)     FINDS that plaintiff's Application for Leave to Proceed *In Forma Pauperis* [docket no. 5] is now MOOT.

**IT IS SO ORDERED this 13th day of December, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] After receiving a change of address notice from plaintiff, the Court extended plaintiff's time to file his objection to the Report and Recommendation. *See* [docket no. 7].